**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

INLET MARINA VILLAS CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

vs.                                      CASE NO.: 6:17-CV-01337-PGB-DCI

UNITED SPECIALTY INSURANCE COMPANY
and INTERSTATE FIRE & CASUALTY
COMPANY,

    Defendants.

_____/

## AFFIDAVIT OF MICHAEL W. DUFFY, ESQ.

1. My name is Michael W. Duffy. I have been licensed as an attorney in Illinois since 1982. All statements contained in this affidavit are based on my personal knowledge and are true and accurate to the best of my knowledge.

2. I graduated from the University of Notre Dame in 1978 with Honors. I graduated from Loyola University of Chicago School of Law in 1981. I was on the Loyola School National Moot Court Team.

3. Over my nearly forty-year legal career, I have litigated in forty-four states and tried cases in multiple states in both federal and state courts. Upon my admission to the bar in the early 1980's, I began practice at a nationally known insurance defense firm. I became a partner of that firm in 1986 and a firm director in 1996. At the firm, I obtained multiple defense verdicts on behalf of the auto and construction product industries throughout the country. I also obtained multiple defense verdicts across the United States on cases

involving construction defect, business and commercial disputes, coverage, and negligence. I also obtained several defense verdicts for catastrophic personal injuries because of truck tire and wheel mounting explosions.

4. In 2002, I became a partner with Childress Duffy, LLC. My former law firm was a nationally recognized plaintiff firm that specialized in the representation of underpaid and denied individual and corporate policyholders throughout the country. I tried multiple cases on behalf of insureds across the country involving windstorm, hail, hurricane, fire, water, and vandalism losses. I have obtained several multi-million-dollar verdicts for wronged insureds. I was one of the first attorneys in the United States who developed property and injury mold litigation against insurance companies and other entities. I worked on some of the first mold trials in the country.

5. I have spoken at the Florida Association of Public Insurance Adjusters, the National Association of Public Insurance Adjusters, and the Windstorm Conference.

6. I was one of two lead trial attorneys in the binding arbitration that took place in this matter. The Defendants heavily contested the case and the damages. I directed and cross examined several expert witnesses and one lay witness. I delivered the final summation of argument.

(Space left intentionally blank)

7. Based on my training and nearly forty years of experience, the complexity of the case, the amount of time it took to investigate and try the case, and the results obtained, my claimed hourly rate is appropriate.

By: _____
Michael W. Duffy

STATE OF ILLINOIS

COUNTY OF COOK

BEFORE ME, the undersigned authority, personally appeared Michael W. Duffy, who is personally known to me, who, by me, being first duly sworn, states that he executed the foregoing affidavit and that statements therein are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me, this 11th day of April, 2019.

_____
Public Notary

**Notary Seal**

My commission expires: 10/22/19



MELISSA REACH
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 22, 2019