UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

INLET MARINA VILLAS CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

vs.

CASE NO.: 6:17-CV-01337-PGB-DCI

UNITED SPECIALTY INSURANCE COMPANY
and INTERSTATE FIRE & CASUALTY
COMPANY,

    Defendants.
_____/

1. My name is Eric W. Dickey. I have been a member of the Florida Bar since September 2001. I am admitted to the Bar of all federal courts in Florida and the Bar of the Supreme Court of the United States.

2. The statements contained in this affidavit are based on my personal knowledge. I am over the age of twenty-one years old. I am physically and mentally capable to make the statements contained in this affidavit.

3. I graduated *cum laude* from the Florida State University College of Law in 2001. In law school, I was an executive board member of the trial team, represented the university in numerous state and national competitions, was recognized for pro bono service, and served as the Dean's research assistant.

4. During my career, I have tried over 50 jury trials and several hundred non-jury trials in both civil and criminal cases. Before joining Merlin Law Group, P.A., I also worked for several years at a leading property insurance defense firm, where I tried cases in both state

T2191097.DOCX;1

and federal courts. I have handled numerous first-party property claims throughout my career. Before joining Merlin Law Group, P.A., I owned my own law firm practicing civil litigation, including a significant practice of first party property coverage. I have more than 14 years of first-party property coverage experience.

5. I have published or collaborated on several works involving first-party property insurance claims.

6. Along with Attorney Michael Duffy, I was one of two lead trial attorneys in the binding arbitration that took place in this matter. The Defendants heavily contested the case and the damages. I directed and cross-examined expert witnesses during the trial and delivered the first closing argument.

(Space Left Intentionally Blank)

7. Based on my years of experience, significant trial experience, the complexity of the case, the amount of time it took to investigate and try the case, and the results obtained, my claimed hourly rate is appropriate.

By: _____
Eric Dickey
FB# 500011

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared Eric W. Dickey, who is personally known to me, who, by me, being first duly sworn, states that he executed the foregoing affidavit and that statements therein are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me, this 12th day of April, 2019.

Notary Seal

[DONNA J. ALVAREZ
MY COMMISSION # GG 172667
EXPIRES: March 6, 2022
Bonded Thru Notary Public Underwriters]

Public Notary  Donna Alvarez

My commission expires: 3/6/22

T2191097.DOCX;1