UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

INLET MARINA VILLAS CONDOMINIUM
ASSOCIATION, INC.,

   Plaintiff,

vs.                                             CASE NO.: 6:17-CV-01337-PGB-DCI

UNITED SPECIALTY INSURANCE COMPANY
and INTERSTATE FIRE & CASUALTY
COMPANY,

   Defendants.
_____/

## AFFIDAVIT OF IAN DANKELMAN, ESQ.

1. My name is Ian Dankelman. I have been a member of the Florida Bar since September 2014. I am admitted to the Bar of the Middle District of Florida.

2. The statements contained in this affidavit are based on my personal knowledge. I am over the age of twenty-one years old. I am physically and mentally capable to make the statements contained in this affidavit.

3. I graduated *cum laude* from the University of Florida Levin College of Law in 2014. While in law school, I earned book awards in Legal Research and Writing and Trial Practice. I also served as the internal vice president of the University of Florida moot court team. In 2014, I was named to the National Order of the Barristers. At an internal university moot court competition, the Florida Supreme Court named me best oral advocate.

4. I began my legal career immediately after taking the Florida Bar exam at the Office of the State Attorney for the Fourth Judicial Circuit in Florida. Before leaving that office, I

T2190080.DOCX;1

progressed to the felony line in Nassau County, Florida. As a felony line attorney, I investigated and prosecuted cases in which defendants were eligible for life imprisonment and habitual sentencing enhancements. While serving the state of Florida as an assistant state attorney, I tried sixteen cases to submission to the jury as either first-chair or second-chair. As an assistant state attorney, I argued numerous motions to suppress and other pretrial motions before the court. I also drafted as counsel of record two successful appellate briefs to the Circuit Court. I was sworn in as an assistant state attorney upon my admission to the Florida Bar in September 2014.

5. From October 2016 to September 2018, I served as a law clerk to United States District Judge Elizabeth A. Kovachevich in the Tampa Division of the Middle District of Florida. As a law clerk, I assisted Judge Kovachevich in drafting opinions, researching complex legal issues, and in managing the progression of civil and criminal cases. I also aided the Court during jury trials, including federal civil jury trials. Judge Kovachevich was an active United States District Judge during my entire tenure as a law clerk. The Middle District of Florida is one of the busiest federal courts in the United States.

6. After my clerkship with Judge Kovachevich ended, I joined Merlin Law Group, P.A. in September 2018. I serve as an associate with the law firm.

7. I worked as third-chair in the binding arbitration of Inlet Marina Villas Condominium Association, Inc. v. United Specialty Insurance Company and Interstate Fire & Casualty Company. Before trial, I was responsible for helping to prepare the case for trial and drafting pre-trial submissions to the arbitration panel, including the opening statement and the successful motion to compel the carrier's underwriting file. During the arbitration, I aided in the presentation of the evidence (although I did not argue or handle witnesses

during the trial), helped pretrial witnesses, and assisted in the preparation of the closing arguments. I also performed research on issues arising during the arbitration proceedings.

8. The arbitration was very successful for Inlet Marina Villas Condominium Association, Inc. The arbitration panel found total damages in the amount of $3,106,700. The final arbitration award rendered by the arbitration panel was $2,509,912 in new moneys.

9. I affirm that the statements contained in this affidavit are true and accurate to the best of my knowledge and belief.

By: *[signature]*

Ian Dankelman
FB# 112439

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared Ian Dankelman, who is personally known to me, who, by me, being first duly sworn, states that he executed the foregoing affidavit and that statements therein are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me, this 12th day of April, 2019.

*[Notary Seal: DONNA J. ALVAREZ, MY COMMISSION # GG 172667, EXPIRES: March 6, 2022, Bonded Thru Notary Public Underwriters]*

Donna Alvarez
Public Notary

My commission expires: 3/6/22

T2190080.DOCX;1