UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISON

INLET MARINA VILLAS CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff

vs.

CASE NO.: 6:17-CV-01337-PGB-DCI

UNITED SPECIALTY INSURANCE COMPANY
and INTERSTATE FIRE & CASUALTY
COMPANY,

    Defendants.
_____/

## AFFIDAVIT OF DAVID C. PRATHER

STATE OF FLORIDA    )

COUNTY OF PALM BEACH )

    Before me the undersigned authority this day personally appeared David C. Prather, who being first duly sworn under oath, deposes and says:

1. I am an A.V. Pre-eminent rated Board Certified Civil Trial Attorney and have been practicing civil law in the State of Florida since 1995.

2. I am an attorney licensed to practice law in the State of Florida since 1991, and am a member in good standing.

3. I have been Board Certified as a Civil Trial Attorney by The Florida Bar since 2005.

4. In addition to being admitted to practice law in the state courts of Florida, I am also admitted to the U.S. Supreme Court, the U.S. Court of Appeals, 11th Circuit, and the United States District Court for the Southern, Middle and North Districts of Florida.

5. I have been hired as an expert by the Plaintiff, Inlet Marina Villas Condominium Association, Inc., to render opinions on the reasonable hourly rate for the lawyers and paralegal staff who performed work on the underlying case and arbitration proceedings which were conducted.

6. In formulating my opinions in this case, I have reviewed the underlying facts, pleadings, deposition testimony, and other relevant documents which were generated as well as the documents relating to the basis for the Arbitration, and all applicable Orders that were entered by the Court.

7. I also reviewed the Affidavits from the legal and paralegal staff from the Merlin

Affidavit of
Page 2

law firm who performed legal services in this matter up and throughout the arbitration proceedings, including their timesheets and time entries.

8. I have also reviewed the experience, and skill level of the legal and paralegal staff who performed legal work on this matter, including their vocational and employment backgrounds, trial experience, as well as the complexity of the legal issues involved in this matter.

9. Lastly, I have reviewed and analyzed the "prevailing market rate in the relevant community" for paralegals and lawyers in the southern and central Florida areas to ascertain what the reasonable hourly rates currently are for legal and paralegal professionals who perform similar services as those performed in the instant matter.

10. Based upon the above, as well as my review of the relevant Federal case law and Statutes. It is my opinion that the "reasonable" hourly rates are as follows:

1. **Michael W. Duffy, Esq.** at Five Hundred Fifty and 00/100 Dollars ($550.00);

2. **Eric W. Dickey, Esq.** at Four Hundred Fifty and 00/100 Dollars ($450.00);

3. **Ian T. Dankelman, Esq.** at Three Hundred Fifty and 00/100 Dollars ($350.00);

*(See attached Affidavits attached as Exhibits "A" through "C")

FURTHER AFFIANT SAYETH NAUGHT

_____
DAVID C. PRATHER

The foregoing Affidavit was acknowledged before me, an officer duly authorized in the State and County aforesaid, to take acknowledgments, this 12th day of april, 2019, by David C. Prather, who is personally known to me.

_____
Notary Public - State of Florida

_____
Printed Name - Official Seal

ROSALIND V. CARDONA
MY COMMISSION # GG264994
EXPIRES: October 03, 2022