

## AUTHORITY TO REPRESENT
## INSURANCE CLAIMS

The undersigned Client(s), Inlet Marina Villas Condo Assn., Inc., hereby retain and employ **Merlin Law Group, P.A.**, 777 Harbour Island Boulevard, Suite 950, Tampa, FL 33602, ("Lawyers"), as their attorneys, to represent them for the first party property claims and first party extra contractual claims arising out of a Hurricane Matthew claim that occurred on or about October 7, 2016, involving the property located at 2700 N. Peninsula Ave, New Smyrna Beach, FL 32169 against United Specialty Insurance Company and Interstate Fire & Casualty Insurance Company, or any other responsible insurer or entity, upon the following terms:

### I. RESPONSIBILITY TO PAY LAWYERS' FEE

**A. Lawyers' Fees:**

The Clients agree to hire LAWYERS in this matter on a contingency fee basis. The Clients agree to pay the LAWYERS the greater of a court-awarded fee, or:

1.  33 1/3% of the gross recovery of all new monies acquired from the underlying insurance claim. If the insurer pays the full claim within 60 days of the Civil Remedy Notice, then the fee will be 10% of all new monies acquired. *This does not include the electrical & dock payments.*

2.  40% of the gross recovery of all sums acquired from a bad faith cause of action;

2.  In the event of an appeal or appellate review or if any court proceedings after judgment must be brought to collect the judgment, the fee shall be increased by an additional 5% of the amount paid.

The contingency fee to be paid to LAWYERS will be calculated based upon the "gross recovery" obtained in this case.

The Clients agrees to pay the lawyers the greater of a contingency fee, court awarded fee, or negotiated fee that has been obtained through a settlement with the insurer. For any fee recovery based on hours, MERLIN LAW GROUP, P.A.'s standard rates will be deemed to apply. The clients expressly understand and agree that it is possible the attorney's fee may exceed the

**Tampa Office**
777 Harbour Island Blvd, Suite 950, Tampa, Florida 33602
Phone: (813) 229-1000 / Facsimile: (813) 229-3692
Email: kkubiak@merlinlawgroup.com; fgarcia@merlinlawgroup.com; kubiakpleadings@merlinlawgroup.com
www.MERLINLAWGROUP.COM
Blog: propertyinsurancecoveragelaw.com
Coral Gables, Florida * Denver, Colorado * Houston, Texas * Los Angeles, California * New York, NY * Red Bank, New Jersey * Scottsdale, Arizona * Tampa, Florida * West Palm Beach, Florida
T1607118.DOC;1

clients' recovery, depending on the circumstances of the case, and the clients grant to LAWYERS the authority to negotiate and settle the attorney's fee recovery, recognizing that in some cases that attorney's fee recovery will exceed the amount recoverable by the Clients. In the event that there is no recovery in connection with the above referenced matter, Clients do not owe a fee to lawyers.

The Clients further agree not to settle any represented claim in any manner without prior written notification to the LAWYERS.

In making this agreement to pay attorneys' fees, Clients acknowledge that the relevant marketplace of attorneys with the legal expertise to prosecute insurance claims is limited. Clients have made inquiry concerning the expertise of LAWYERS and are satisfied that LAWYERS are recognized for their reputation in insurance law. Further, Clients state that the funds needed to prosecute our case are beyond our personal means and that the advancing of costs on a contingent basis is the only practical way for us to have the money to pursue our rights.

It is understood that if the above named Clients change their residence and/or telephone number(s), that Clients will immediately notify the office of MERLIN LAW GROUP, PA., in writing. If such notification is not made, MERLIN LAW GROUP, P.A. shall be absolved from further responsibility for legal representation.

It is understood that if the above named Clients (i) default on any mortgage or loan on their property; (ii) file for bankruptcy; (iii) has any form of lien assigned to their property; or (iv) are notified with a foreclosure proceeding, that Clients will immediately notify the office of MERLIN LAW GROUP, PA, in writing. After receiving notification of any of the above (i, ii, iii, iv) MERLIN LAW GROUP, P.A. at its sole discretion may withdraw for cause from representation of Clients. Additionally, if such notification is not made, and upon learning of any of the above (i, ii, iii, iv), MERLIN LAW GROUP, PA at its sole discretion may be absolved from further responsibility for legal representation.

**B. Definition of Gross Recovery:**

C. The gross recovery is the total amount recovered and actually received by settlement, judgment, or otherwise, on behalf of and for the benefit of the Clients, including any amount recovered as interest, attorneys' fees and court costs. There is to be no deduction for costs or other expenses deducted from the gross recovery in determining the amount of contingency attorneys' fee due.

**C. Court Awarded Fee:**

Tampa Office
777 Harbour Island Blvd, Suite 950, Tampa, Florida 33602
Phone: (813) 229-1000 / Facsimile: (813) 229-3692
Email: kkubiak@merlinlawgroup.com; gparcia@merlinlawgroup.com; kubiakpleadings@merlinlawgroup.com
www.MERLINLAWGROUP.COM
Blog: propertyinsurancecoveragelaw.com
Coral Gables, Florida * Denver, Colorado * Houston, Texas * Los Angeles, California * New York, NY * Red Bank, New Jersey * Scottsdale, Arizona * Tampa, Florida * West Palm Beach, Florida
T1607118.DOC;1

In the event that the amount of a separately determined court-awarded fee exceeds the amount the Clients would be otherwise obligated to pay as a contingency fee from the gross recovery, then LAWYERS will receive that amount so awarded by the court. This court-awarded amount is in lieu of and shall not be added to the Clients' obligation to pay attorney's fees on a contingency fee basis. In the event a court-awarded fee is less than the amount the Clients are to pay as a contingency fee, then the difference between the court awarded fee and the amount to be paid pursuant to the contingency fee provisions shall remain due from the Clients.

## II. RESPONSIBILITY FOR COSTS AND EXPENSES

### A. Advanced Costs:

The Clients understand and acknowledge that certain costs will be required to be incurred in the prosecution of the claim and any related litigation. Clients expressly authorize LAWYERS to advance such costs as are reasonable and necessary for the prosecution of this matter. In the event of recovery, such advanced costs are to be paid from any recovery, after reduction of the amount gross recovery by the attorney's fees due. Clients understand and acknowledge that **in lieu of specific individual charges for facsimiles, long distance phone calls, computerized research, and overnight mailing and copying that occur after costs are gathered for the closing; Merlin Law Group charges a flat $150.00 for these costs at the end of the case.** However, in the event that no recovery is had, or the recovery is insufficient to fully pay attorney's fees and costs, then the Clients shall have no further obligation to reimburse LAWYERS for costs. As such, costs advanced become contingent upon recovery.

### B. Expert and other expenses:

In addition to court costs, deposition fees, service fees, court reporter fees, and other costs of litigation, the Clients also expressly understand the need for and expressly agree to the retention of expert witnesses. Such experts may include, but are not necessarily limited to, insurance experts, actuaries, doctors, pharmacists, researchers, economists, accountants, or other persons who will be retained by LAWYERS, to assist in the prosecution of the claims. Again, the expert expenses so advanced will be reimbursed by the Clients only out of any gross recovery, after calculation and payment of attorney's fees is made.

## III. RIGHT TO CONTROL THE LITIGATION AND SETTLEMENT

Clients authorize LAWYERS to bring those actions and causes of actions that they believe, in good faith, ought to be prosecuted in order to assert the claims against any offending party including punitive damages, as may be applicable. Clients retain the

Tampa Office
777 Harbour Island Blvd, Suite 950, Tampa, Florida 33602
Phone: (813) 229-1000 / Facsimile: (813) 229-3692
Email: kkutsk@merlinlawgroup.com; fgarcia@merlinlawgroup.com; kubiakpleadings@merlinlawgroup.com
www.MERLINLAWGROUP.COM
Blog: propertyinsurancecoveragelaw.com
Coral Gables, Florida * Denver, Colorado * Houston, Texas * Los Angeles, California * New York, NY * Red Bank, New Jersey * Scottsdale, Arizona * Tampa, Florida * West Palm Beach, Florida
T1607118.DOC;1

right to ultimately decide whether a settlement should be accepted, but agree not to accept any settlement offer without first conferencing with LAWYERS, and advising of Clients' desire for acceptance. Clients, again, acknowledge that the claims do, or may, carry a right to obtain an attorney's fee based upon, among other things, the attorneys' hours spent prosecuting the claims. Further, that a settlement offer inclusive of the attorney's fees claim may represent substantially more in attorney's fees payment than even Clients' claim on the merits independent of attorney's fees.

## IV. THE LAWYERS' RIGHT TO WITHDRAW

The Clients will cooperate with LAWYERS as they handle this case. Even after a lawsuit is filed, the LAWYERS may discover facts that may lead her to recommend that this case be dismissed, or that other attorneys be hired to handle this case. The Clients agree that the LAWYERS may withdraw from this case any time they recommend that this case be dismissed and the Clients disagree. The Clients further agree that the LAWYERS may withdraw if the Clients do not cooperate in the investigation or handling of this matter, or if the Rules of Professional Conduct applicable to the LAWYERS permit her to, or require that, they withdraw.

If the LAWYERS decide to withdraw from this case, they will try to protect the Clients' interests to the extent reasonably possible by giving reasonable notice, allowing the Clients to obtain other attorneys, and giving the Clients any papers and property in the LAWYERS' possession, which belong to the clients. The LAWYERS are expressly acknowledged as having no duty to find replacement attorneys in the event they withdraw from the matter.

## V. RIGHT TO FIRE THE LAWYERS

The Clients have the right to fire the LAWYERS at any time, even if the Clients have no reason. If the Clients fire the LAWYERS, Clients agree to pay the LAWYERS the reasonable value of the LAWYERS' services and to promptly repay any costs or expenses advanced on behalf of the Clients in the handling of this matter. If it becomes necessary for either party to litigate to enforce its rights under this agreement, the prevailing party shall be entitled to its reasonable attorneys' fees and costs and pre-judgment interest. Clients agree that the Lawyers shall be entitled to a charging lien on damages due and owing to Clients.

## VI. WHAT THIS AGREEMENT COVERS

This Agreement states the entire agreement between the Clients and the LAWYERS and takes the place of any prior oral or written agreements. This Agreement is entered into and is to be performed within the State of Florida and is to be interpreted in accordance with Florida Law. The terms of this agreement may be changed only by a separate written agreement signed and dated by the Clients and the LAWYERS. If a provision of this Agreement is, or may be, held by a court to be invalid, void, superseded or unenforceable, the remaining provisions nevertheless shall survive and continue in full force and effect without being impaired or invalidated in any way. The section headings

Tampa Office
777 Harbour Island Blvd, Suite 950, Tampa, Florida 33602
Phone: (813) 229-1000 / Facsimile: (813) 229-3692
Email: hhubiak@merlinlawgroup.com; fgarcia@merlinlawgroup.com; hybiehradsky@merlinlawgroup.com
www.MERLINLAWGROUP.COM
Blog: propertyinsurancecoveragelaw.com
Coral Gables, Florida * Denver, Colorado * Houston, Texas * Los Angeles, California * New York, NY * Red Bank, New Jersey * Scottsdale, Arizona * Tampa, Florida * West Palm Beach, Florida
T1607118.DOC;1

herein contained are for purposes of identification only and shall not be considered in construing this Agreement.

### VII. THE LAWYERS DO NOT GIVE TAX OR INVESTMENT ADVICE

The LAWYERS make no representations or guarantees regarding the tax consequences of any recovery, which may be obtained on behalf of the Clients. The LAWYERS are not tax attorneys or investment counselors and will not give tax or investment advice regarding any recovery or whether to structure any settlement obtained in this case. Accordingly, the Clients are urged to counsel with CPA's, tax attorneys, and/or or investment professionals to provide advice regarding the tax and investment treatment of any settlement. The Clients assume the responsibility of obtaining tax advice from other tax attorneys or accountants.

**[INTENTIONALLY LEFT BLANK]**

Tampa Office
777 Harbour Island Blvd, Suite 950, Tampa, Florida 33602
Phone: (813) 229-1000 / Facsimile: (813) 229-3692
Email: kkubiak@merlinlawgroup.com; farrain@merlinlawgroup.com; hubiakpleadings@merlinlawgroup.com
www.MERLINLAWGROUP.COM
Blog: propertyinsurancecoveragelaw.com
Coral Gables, Florida • Denver, Colorado • Houston, Texas • Los Angeles, California • New York, NY • Red Bank, New Jersey • Scottsdale, Arizona • Tampa, Florida • West Palm Beach, Florida
T1607118.DOC;1

## READ CAREFULLY

THIS IS YOUR CONTRACT; IT PROTECTS BOTH YOU AND YOUR LAWYERS AND WILL PREVENT MISUNDERSTANDINGS IN THE FUTURE.

IF, AFTER HAVING READ THIS CONTRACT YOU DO NOT UNDERSTAND ANY PART OF IT, OR OF IT DOES NOT CONTAIN ALL OF THE AGREEMENTS BETWEEN THE PARTIES PERTAINING THERETO, PLEASE DO NOT SIGN THIS CONTRACT.

THE UNDERSIGNED CLIENTS HAVE, BEFORE SIGNING THIS CONTRACT, RECEIVED AND READ THE STATEMENT OF CLIENT'S RIGHTS AND UNDERSTAND EACH OF THE RIGHTS SET FORTH THEREIN. THE UNDERSIGNED CLIENTS HAVE SIGNED THE STATEMENT AND RECEIVED A SIGNED COPY TO REFER TO WHILE BEING REPRESENTED BY THE UNDERSIGNED ATTORNEY(S).

THIS CONTRACT MAY BE CANCELLED BY WRITTEN NOTIFICATION TO THE LAWYERS AT ANY TIME WITHIN 3 BUSINESS DAYS OF THE DATE THE CONTRACT WAS SIGNED, AS SHOWN BELOW, AND IF CANCELLED THE CLIENTS SHALL NOT BE OBLIGATED TO PAY ANY FEES TO THE LAWYERS FOR THE WORK PERFORMED DURING THAT TIME. IF THE LAWYERS HAVE ADVANCED FUNDS TO OTHERS IN REPRESENTATION OF THE CLIENTS, THE LAWYERS ARE ENTITLED TO BE REIMBURSED FOR SUCH AMOUNTS AS THE LAWYERS HAVE REASONABLY ADVANCED ON BEHALF OF THE CLIENTS.

We have read this Agreement and agree to all of its terms.

_____    _____
**Client Name:**                                              **Client Name:**
**On behalf of Inlet Marina Villas**

Date: 4/4/17                                               Date:_____

_____
KELLY L. KUBIAK, ESQ.
MERLIN LAW GROUP, P.A.

Date: 4/4/17

Tampa Office
777 Harbour Island Blvd, Suite 950, Tampa, Florida 33602
Phone: (813) 229-1000 / Facsimile: (813) 229-3692
Email: kkubiak@merlinlawgroup.com; fgarcia@merlinlawgroup.com; kubiakpleadings@merlinlawgroup.com
www.MERLINLAWGROUP.COM
Blog: propertyinsurancelawcoverage.com
Coral Gables, Florida • Denver, Colorado • Houston, Texas • Los Angeles, California • New York, NY • Red Bank, New Jersey • Scottsdale, Arizona • Tampa, Florida • West Palm Beach, Florida
T1607118.DOC;1