UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:17-CV-01337-PGB-DCI

ARBITRATION AWARD

INLET MARINA VILLAS CONDOMINUIM ASSOCIATION INC. V UNITED SPECIALTY INSURANCE COMPANY AND INTERSTATE FIRE AND CAUSALTY INSURANCE COMPANY

| | | | |
|---|---|---|---|
| DAMAGE | ROOF | $1,250,000 | REPLACE ALL 5 ROOFS |
| | WINDOWS | 1,174,800 | REPLACE ALL WINDOWS |
| | STUCCO/PAINT | 65,000 | stucco repair and paint all 5 blds |
| | PERMITS | 50,000 | 2% ALLOWED |
| DAMAGES | | 2,539,800 | |
| 20% OVERHEAD/PROFIT | | 507,960 | |
| SUB- TOTAL DMGS | | 3,047,760 | |
| TEMP REPAIRS/OTHERS | | 69,000 | not subject to 20% as incurred |
| TOTAL DAMAGES | | 3,106,700 | |
| REMAINING DEDUCTIBLE | | 403,696 | PL cap on docks reduced deductible |
| RECOVERABLE DMGS | | 2,703,064 | |
| PRIOR PAID ON BLDS | | 193,152 | prior payment by carriers |
| Final Arb Award | | $ 2,509,912 | owed by carriers for hurricane damage |

Damages considered and not awarded for replacement of all sliding glass doors, total replacement of stucco, burden nor property management fees

AGREED BY ALL PANEL MEMBERS

Dated 1-12-19      Curtis Hutchens, Robert Cole and Peter Knowe

EXHIBIT "A"