**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

INLET MARINA VILLAS
CONDOMINIUM ASSOCIATION, INC.,

        Plaintiff,

v.                                                       Case No: 6:17-cv-1337-Orl-40DCI

UNITED SPECIALTY INSURANCE
COMPANY and INTERSTATE FIRE &
CASUALTY COMPANY,

        Defendants.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Motion to Quantify Attorney Fees and Costs (Doc. 32) filed on April 12, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 13, 2019 (Doc. 38), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Quantify Attorney Fees and Costs (Doc. 32) is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff is awarded **$291,830.00** in attorney fees and **$10,421.86** in costs.

4. The motion is **DENIED** in all other respects.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 28, 2019.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties